**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| | **CIVIL NO.: 19-1219 (DRD)** |
| **ADA N. LOPEZ and ANGE L. RAMOS by themselves, representing their conjugal partnership and in representation of their minor son D.R.**<br>Plaintiffs | **FEDERAL TORTS CLAIMS ACT** |
| v. | **MEDICAL MALPRACTICE** |
| **UNITED STATES OF AMERICA**<br>Defendant | |
| v. | |
| **CENTRO MEDICO DEL TURABO, INC. d/b/a HOSPITAL HIMA SAN PABLO HUMACAO**<br>Third Party Defendant | |

<u>**JOINT INFORMATIVE MOTION REGARDING SETTLEMENT NEGOTIATIONS
AND PENDING DISCOVERY**</u>

**TO THE HONORABLE COURT:**

COME now **THE PARTIES,** through the subscribing attorneys who very respectfully

**STATE, ALLEGE** and **PRAY**:

1.      The parties are actively discussing alternatives for settlement in the caption case.

However, in compliance with this Honorable Court's Order at Docket #82, the

parties inform that they have selected the following dates to conduct the pending

discovery: December 7, 8, 21; January 19, 25, 31; February 1.

2.      Finally, the parties propose the following dates for Trial: April 4-20, 2022.

**WHEREFORE**, it is respectfully requested that the discovery plan provided herein **BE NOTED**.

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF system, which will provide notification of this filing to all the parties involved in the present case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 12 day of November 2021.

*Attorney for Plaintiffs:*

**S/Michelle A. Ramos-Jiménez**
MICHELLE ANNET RAMOS JIMENEZ
USDC-PR 225303
Arterial Hostos 239
Capital Center, Suite 401
San Juan, PR 00918
Phone: (787) 763-1780
Fax:     (787) 763-2145
E-mail:   michellean2000@yahoo.com

*Attorney for the United States of America:*

W. Stephen Muldrow
United States Attorney

*s/Lisa E. Bhatia Gautier*

Lisa E. Bhatia Gautier
Assistant U.S. Attorney / 206014
Torre Chardón, Suite 1201
350 Calle Chardón
San Juan, Puerto Rico 00918
Tel.787.766.5656 Fax:787.766.6219
E-mail: lisa.bhatia@usdoj.gov

*Counsel for Centro Medico del Turabo, Inc,
d/b/a HIMA San Pablo*

**s/ José Miranda Daleccio**
**Lcdo. José Miranda Daleccio**
USDC: 205705
P.O. Box 4980
Caguas, P.R. 00726
Tel. 787-653-2230
jamiranda@himapr.com

–3–