# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADA N. LÓPEZ AND ÁNGEL L. RAMOS BY THEMSELVES AND IN REPRESENTATION OF THEIR MINOR SON D.R.<br><br>**Plaintiffs**<br><br>Vs.<br><br>**CENTRO MÉDICO DEL TURABO, INC d/b/a HOSPITAL HIMA SAN PABLO HUMACAO**<br><br>**Third Party Defendant** | CIVIL NO. 19-1219(DRD)<br><br><br><br><br><br>MEDICAL MALPRACTICE; PLAINTIFFS DEMAND TRIAL BY JURY |

## MOTION TO JOIN LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

Comes now, the undersigned attorney and respectfully informs, request and pray:

1. On January 17, 2020 attorney José A. Morales Boscio filed an appearance on behalf of third party defendant Centro Medico del Turabo, Inc. d/b/a HIMA San Pablo Humacao.

2. At a later date, Centro Medico del Turabo, Inc. d/b/a HIMA San Pablo Humacao requested the undersigned to join in its legal representation.

1

3. The undersigned has been tasked with matters related to the handling of the case for several months now and inadvertently had omitted entering a formal appearance.

4. The joinder does not affect the scheduling nor is prejudicial to the other parties.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned information and authorize attorney José A. Miranda Daleccio to join as attorney of record.

I Hereby Certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In Caguas Puerto Rico, this 15th day of November, 2021.

**s/ José A. Miranda Daleccio**
José A. Miranda Daleccio
USDC-PR 205705
P.O. Box 4980
Caguas, PR 00726
Tel. (787) 653-2230
jamiranda@himapr.com