IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADA N. LOPEZ; ET. AL.,
Plaintiff,

v.

CIVIL NO. 19-1219 (DRD)

UNITED STATES OF AMERICA,
Defendant.

---

**NOTICE TO THE COURT**

TO THE HONORABLE COURT:

COMES NOW Defendant, through its attorney, and respectfully informs that the undersigned counsel will be out of the office from December 27, 2021 through January 10, 2022.

WHEREFORE Defendant respectfully prays this Honorable Court to take notice of the foregoing for purposes of any Court setting or proceeding.

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 17th day of December 2021.

W. Stephen Muldrow
United States Attorney

*s/Lisa E. Bhatia Gautier*
Lisa E. Bhatia Gautier
Assistant U.S. Attorney - 206014
Torre Chardón, Suite 1201
350 Chardón Street
San Juan, Puerto Rico  00918
Tel.(787)766-5656 Fax(787)766-5193
E-mail: lisa.bhatia@usdoj.gov