IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ADA N. LOPEZ and ANGE L. RAMOS by themselves, representing their conjugal partnership and in representation of their minor son D.R.**<br>Plaintiffs<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>Defendant<br><br>v.<br><br>**CENTRO MEDICO DEL TURABO, INC. d/b/a HOSPITAL HIMA SAN PABLO HUMACAO**<br>Third Party Defendant | **CIVIL NO.: 19-1219 (DRD)**<br><br><br><br>**FEDERAL TORTS CLAIMS ACT**<br><br>**MEDICAL MALPRACTICE** |

**JOINT INFORMATIVE MOTION REGARDING SETTLEMENT**

**TO THE HONORABLE COURT:**

   **COME** now **THE PARTIES,** through the subscribing attorneys who very respectfully **STATE, ALLEGE** and **PRAY**:

   1.   The parties inform to this Honorable Court that the parties have reached an agreement that will dispose of the caption case and, request ten (10) days to submit the corresponding documentation and the Motion for Court Approval of Settlement on Behalf of Minors in compliance with Local Civil Rule 41(b).

   **WHEREFORE**, it is respectfully requested that the discovery plan provided herein **BE**

**NOTED AND GRANTED**.

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF system, which will provide notification of this filing to all the parties involved in the present case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 21st day of March 2022.

*Attorney for Plaintiffs:*

**S/Michelle A. Ramos-Jiménez**
MICHELLE ANNET RAMOS JIMENEZ
USDC-PR 225303
Arterial Hostos 239
Capital Center, Suite 401
San Juan, PR 00918
Phone: (787) 763-1780
Fax:     (787) 763-2145
E-mail:   michellean2000@yahoo.com

*Attorney for the United States of America:*

W. Stephen Muldrow
United States Attorney

*s/***Lisa E. Bhatia Gautier**
Lisa E. Bhatia Gautier

Assistant U.S. Attorney / 206014
Torre Chardón, Suite 1201
350 Calle Chardón
San Juan, Puerto Rico 00918
Tel.787.766.5656 Fax:787.766.6219
E-mail: lisa.bhatia@usdoj.gov

*Counsel for Centro Medico del Turabo, Inc, d/b/a HIMA San Pablo*

**s/ José Miranda Daleccio**
**Lcdo. José Miranda Daleccio**
USDC: 205705
P.O. Box 4980
Caguas, P.R. 00726
Tel. 787-653-2230
jamiranda@himapr.com

–3–