**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**ADA N. LOPEZ and ANGEL L. RAMOS**
by themselves and in representation of their
**minor son D.R.,**

Plaintiffs,

v.

**UNITED STATES OF AMERICA,**                    Civil No.: **19-1219 (DRD)**

Defendant/Third Party Plaintiff,

v.

**CENTRO MEDICO DEL TURABO, INC.**
**d/b/a HOSPITAL HIMA SAN PABLO**
**HUMACAO, et al.,**

Third Party Defendants.

---

<u>**CONSENT JUDGMENT**</u>

Plaintiffs filed a *Motion for Approval of Settlement on Behalf of Minor D.R. Pursuant Local Rule 41 (b)*("*Motion*"). *See* Docket No. 100. Therein, they informed that all parties to the instant litigation executed an extrajudicial agreement wherein all claims asserted in this case were settled. To that end, the corresponding *Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677* ("*Settlement Agreement*") was attached to the *Motion*. *See* Docket No. 100-2.[1] Consequently, the Court hereby incorporates by reference all the terms and conditions of the *Settlement Agreement*. *Id.*

---

[1] Taking into account that the parties informed that they reached a settlement, in principle, as to all the claims raised in the instant case on March 21, 2022 (*see* Docket Nos. 93 and 101); the Court hereby enters the instant *Consent Judgment* with a retroactive date; that is, March 31, 2022.

Pursuant to the above, the Court hereby **DISMISSES**, **WITH PREJUDICE**, all claims asserted by all parties in the instant case. *See* Fed. R. Civ. P. 41 (a)(2). Finally, the Court notes that it will retain jurisdiction to enforce the terms and conditions of the *Settlement Agreement* in question.

**THE INSTANT MATTER IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES**.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, March 31, 2022.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge